**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR REHEARING AND EN BANC RECONSIDERATION**

Appellate case name:  In re Ayinde Khaliqu Williams

Appellate case number:  01-22-00872-CR

Trial court case number:  17-04-16005

Trial court:  506th District Court of Waller County

Relator, Ayinde Khaliqu Williams, has filed a motion for rehearing and en banc reconsideration. The panel has voted to deny relator's motion for rehearing. The en banc court has voted to deny relator's motion for en banc reconsideration. Accordingly, it is ordered that relator's motion for rehearing and en banc reconsideration is **denied**.

Panel consists of Justices Goodman, Hightower, and Guerra.

En banc court consists of Chief Justice Adams and Justices Kelley, Goodman, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris. Justice Landau not sitting.

Judge's signature:  _____/s/ Gordon Goodman_____
                        Acting for the En Banc Court


Date:  February 7, 2023